UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JASMINE TANISHA JACKSON,** | Case No. CV 10-4281-JHN(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **DOBSON DAVIS,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: May 1, 2012

_____
Jacquelyn H. Nguyen
United States District Judge